HONORABLE RICHARD A. JONES

1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8

JASON OTT, BILL MAUHL, DARCI
HALL, MIKE KELLY AND SUE LARSEN,
on behalf of themselves and all similarly
situated persons and ON BEHALF OF THE
COCA-COLA ENTERPRISES INC.
HEALTH & WELFARE PLAN FOR NON-
FLEX PARTICIPANTS,

Plaintiffs,

v.

COCA-COLA ENTERPRISES, INC., D/B/A
COCA-COLA BOTTLING COMPANY OF
WASHINGTON, THE COCA-COLA
ENTERPRISES INC. HEALTH &
WELFARE PLAN FOR NON-FLEX
PARTICIPANTS, AND JOHN AND JANE
DOES NO. 1-10, IN THEIR CAPACITY AS
CURRENT TRUSTEES OF THE COCA-
COLA ENTERPRISES INC. HEALTH &
WELFARE PLAN FOR NON-FLEX
PARTICIPANTS,

Defendants.

No. 10-01388 RAJ

**[PROPOSED] ORDER OF
DISMISSAL**

Based upon the Stipulation of the parties, it is hereby Ordered, Adjudged and Decreed

that the above entitled action be DISMISSED without prejudice, and without costs to any

party.

ORDER OF DISMISSAL – 1
Case No. 10-01388 RAJ

LAW OFFICES OF
SCHWERIN CAMPBELL
BARNARD IGLITZIN & LAVITT, LLP
18 WEST MERCER STREET SUITE 400
SEATTLE, WASHINGTON 98119-3971
(206) 285-2828

1    DATED this ____ day of _____, 2011.

2

3                                    _____

4                                    The Honorable Richard A. Jones
                                     United States District Court Judge

5

6    Presented by:

7

8    s/Dmitri Iglitzin_____          s/Eric B. Martin_____
     Dmitri Iglitzin, WSBA # 17673           Eric B Martin, WSBA # 32896

9    Jennifer L. Robbins, WSBA # 40861        MCGUIRE WOODS LLP
     Schwerin Campbell Barnard                One James Center

10   Iglitzin & Lavitt LLP                    901 East Cary St.
     18 West Mercer Street, Suite 400         Richmond, VA 23219-4030

11   Seattle, WA 98119-3971                   Phone: 804-775-1129
     (206) 285-2828 (phone)                   Fax:    804-698-2149

12   (206) 378-4132 (fax)                     Email: EMartin@McGuireWoods.com
     iglitzin@workerlaw.com

13   robbins@workerlaw.com                    Adam S. Belzberg, WSBA # 41022
                                              Clemens H Barnes, WSBA # 4905

14                                            Nancy Watkins Anderson, WSBA # 23031

15   s/Spencer Thal_____         GRAHAM & DUNN
     Spencer Nathan Thal, WSBA #20074         2801 Alaskan Way, Ste. 300, Pier 70

16   General Counsel                          Seattle, WA 98121-1128
     Teamsters Local Union No. 117            Phone: 206-624-8300

17   14675 Interurban Ave., Ste. 307          Fax:    206-340-9599
     Tukwila, WA  98168                       Email: abelzberg@grahamdunn.com

18   (206) 441-4860                           Email: CBarnes@GrahamDunn.com
     (206) 441-3153 (fax)                     Email: nanderson@grahamdunn.com

19

20                                            Matthew C. Kane, CA Bar #171829, DC Bar
                                              #4999904

21   Attorneys for Plaintiffs                 MCGUIREWOODS LLP

22                                            1800 Century Park East, 8th Floor
                                              Los Angeles, CA 90067

23                                            Phone: 310-315-8200
                                              Email: mkane@mcguirewoods.com

24                                            Attorneys for Defendants

25

26

     ORDER OF DISMISSAL – 2
     Case No. 10-01388 RAJ

LAW OFFICES OF
SCHWERIN CAMPBELL
BARNARD IGLITZIN & LAVITT, LLP
18 WEST MERCER STREET SUITE 400
SEATTLE, WASHINGTON 98119-3971
(206) 285-2828